Figueroa v Klug (2023 NY Slip Op 00987)

Figueroa v Klug

2023 NY Slip Op 00987

Decided on February 22, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 22, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

REINALDO E. RIVERA, J.P.
ROBERT J. MILLER
LINDA CHRISTOPHER
JANICE A. TAYLOR, JJ.

2020-05230
 (Index No. 4377/16)

[*1]William J. Figueroa, appellant, 
v
Lynlee H. Klug, defendant, Paul W. Ceberek, respondent.

Peter G. Lavrenchik, Smithtown, NY, for appellant.
Hardin, Kundla, McKeon & Poletto, P.A., New York, NY (Stephen J. Donahue of counsel), for respondent.

DECISION & ORDER
In an action to recover damages for personal injuries, the plaintiff appeals from an order of the Supreme Court, Suffolk County (Denise F. Molia, J.), dated May 12, 2020. The order, insofar as appealed from, granted that branch of the motion of the defendant Paul W. Ceberek which was for summary judgment dismissing the complaint insofar as asserted against him.
ORDERED that the order is affirmed insofar as appealed from, with costs.
For the reasons stated in our decision and order on a companion appeal (see Figueroa v Figueroa, _____ AD3d _____ [decided herewith]), the Supreme Court properly granted that branch of the motion of the defendant Paul W. Ceberek which was for summary judgment dismissing the complaint insofar as asserted against him.
RIVERA, J.P., MILLER, CHRISTOPHER and TAYLOR, JJ., concur.
ENTER:
Maria T. Fasulo
Clerk of the Court